JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

QUENTIN DIMITRIS,  ) Case No. CV 11-0366-DDP (DTB)
        Petitioner,  )
        vs.  ) **J U D G M E N T**
TIM VIRGA, Warden,  )
        Respondent.  )

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that respondent's Motion to Dismiss is granted and this action is dismissed without prejudice.

Dated: October 22, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE